JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN THUY TUYET NGO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendant. | Case No. 8:25-cv-02128-JWH-KES<br><br>**ORDER APPROVING STIPULATION TO REMAND CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**<br><br>Honorable John W. Holcomb<br>United States District Judge |

1

The Court has considered the parties' Stipulation to Remand Case to United States Citizenship and Immigration Services. With good cause appearing, it is hereby **ORDERED** as follows:

1. Plaintiffs Ann Thuy Tuyet Ngo's application for naturalization is **REMANDED** for adjudication to United States Citizenship and Immigration Services ("USCIS"). USCIS shall take any and all necessary actions to adjudicate Plaintiff's N-400 application for naturalization and issue decisions within 120 days after entry of this order of remand.

2. For the purpose of this Order, this time frame is limited to the decision by USCIS on Plaintiff Ann Thuy Tuyet Ngo's application for naturalization, and it does not include any decision by USCIS regarding any subsequent administrative appeal Plaintiff may ultimately file (pursuant to 8 C.F.R. § 336.2) in the event the applications are denied.

3. If USCIS determines that Plaintiff may be ineligible for naturalization at this time, USCIS will issue a notice to the Plaintiff informing her of the reason for ineligibility and provide her with an opportunity to address the eligibility issue prior to the agency's final decision on her application.

4. If USCIS does not issue a decision on Plaintiff's application for naturalization within the time frame set forth above, Defendants shall not oppose any request by Plaintiff to this Court to vacate this remand order.

5. This action is **DISMISSED without prejudice**.

6. Each side shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 9, 2026

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

2